In the Matter of McCRORY STORES COR-
PORATION, and Subsidiary Corporations,
Bankrupt. Henry Alan JOHNSTON et al.,
Appellants.

No. 159.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1934.

Peaslee & Brigham, of New York City
(Henry Alan Johnston, of New York City,
of counsel), for appellants.

Sydney M. Kaye, of New York City, for
appellee.

Before MANTON, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed in open court.

MARYLAND CASUALTY CO. et al., Appel-
lants, v. CRANE COMPANY et al.,
Appellees.

No. 9907.

Circuit Court of Appeals, Eighth Circuit.

Dec. 19, 1933.

Miller, Miller & Miller, of Des Moines,
Iowa, for appellants.

Harding, Murphy & Tucker, of Kansas
City, Mo., and Comfort & Comfort, Carr,
Cox, Evans & Riley, C. B. Hextell, and
Sampson & Dillon, all of Des Moines, Iowa,
for appellees.

PER CURIAM.

Appeal docketed and dismissed without
costs to either party in this court, pursuant
to agreement of counsel.

Bert MASON v. COMMISSIONER OF IN-
TERNAL REVENUE.

No. 6641.

Circuit Court of Appeals, Sixth Circuit.

Dec. 6, 1933.

G. A. Ginter, of Cincinnati, Ohio, for
petitioner.

E. B. Prettyman, Gen. Counsel, Bureau
of Internal Revenue, of Washington, D. C.,
for respondent.

PER CURIAM.

Docketed and dismissed pursuant to mo-
tion of respondent.